.... MERIT, ET AL., *versus* JAMES McCLOSKEY

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1818): *Journal 2:* (1) Continued \*p. 602.
PAPERS IN FILE: [None]

ALEXIS LUC RÉAUME *versus* JOSEPH ROLETTE

JOURNAL ENTRIES (1818): *Journal 2:* (1) Alias ordered \*p. 603.
PAPERS IN FILE: (1) Precipe for capias.
*Office Docket*, MS p. 48, c. 4.